BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>RAYMOND TREVIZO,<br><br>          Defendant. | CASE NO.  1:15-MJ-00110-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

     The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss the Complaint filed against RAYMOND TREVIZO, on or about August 5, 2015, with prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 11, 2015          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:   /s/ Katherine A. Plante
                                   KATHERINE A. PLANTE
                                   Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that the Complaint filed on August 5, 2015 against RAYMOND TREVIZO be dismissed, with prejudice, in the interest of justice.


IT IS SO ORDERED.

Dated:   **September 14, 2015**

_____
UNITED STATES MAGISTRATE JUDGE